# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-17-00802-CV

### In re Chubb Lloyd's Insurance Company of Texas

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied.[1] *See* Tex. R. App. P. 52.8(a).

_____

Melissa Goodwin, Justice

Before Chief Justice Rose, Justices Goodwin and Field

Filed:   December 5, 2017

---

[1]   Relator also filed an emergency motion for stay of trial court proceedings pending resolution of its petition for writ of mandamus.  The motion is denied.